**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JANA LUKER,<br>Plaintiff | §<br>§<br>§<br>§ | CIVIL ACTION NO. 4:09-CV-03860 |
| VS. | §<br>§ | |
| GC SERVICES, LP,<br>Defendant | §<br>§ | Jury Trial |

**PARTIES' JOINT NOTICE OF SETTLEMENT**

Pursuant to Fed. R. Civ. P. 41(a) notice is hereby given that the parties in the

above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice

of withdrawal of Complaint and voluntary dismissal of this action with prejudice within 30

days.

Respectfully submitted,

By: /s/ Marshall Meyers
Marshall Meyers, Pro Hac Vice
**Attorney for Plaintiff**
Weisberg & Meyers, LLC
Arizona Bar #20584
5025 N. Central Ave #602
Phoenix, AZ 85012
888-595-9111ext 111
mmeyers@attorneysforconsumers.com
**ATTORNEY FOR PLAINTIFF**
**JANA LUKER**

By: /s/Kandy Messenger
Kandy Messenger
**Attorney for Defendant**
SPROTT RIGBY NEWSOM ROBBINS,
  & LUNCEFORD, PC
State Bar No. 24053360
Fed. ID. 638777
2211 Norfolk Suite 1150
Houston, Texas   77098
Tel:  (713) 523-8338
messenger@sprottrigby.com
**ATTORNEY FOR DEFENDANT**
**GC SERVICES, LP**

## CERTIFICATE OF SERVICE

I certify that on the _____ May, 2011, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division, using the electronic case filing system of the court. Notification was sent electronically via the court's electronic case filing system to counsel of record for Defendant, GC Services, LP this _____ day of May, 2011 as follows:

Kandy Messenger                                          **Via E-File**
SPROTT RIGBY NEWSOM  ROBBINS,
 & LUNCEFORD, PC
2211 Norfolk Suite 1150
Houston, Texas    77098
Facsimile: 713-523-9422
messenger@sprottrigby.com


Marshall Meyers                                          **VIA CMRRR**
WEISBERG & MEYERS
5025 N. Central Ave #602
Phoenix, AZ 85012

Suzanne Landgraf                                         **Via E-File**
Weisberg & Meyers, LLC
108 E 46th Street
Austin, TX 78751


Dennis Kurz                                              **Via E-File**
5025 North Central Avenue, #602
Phoenix, Arizona 85012


Aaron Radbil                                             **Via E-File**
Noah Radbil
WEISBERG & MEYERS
Two Allen Center
1200 Smith Street, 16th Floor
Houston, TX 77002



                                          /s/  Marshall Meyers
                                          Marshall Meyers

2