IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANA LUKER, <br> Plaintiff | § § § | |
| | § | CIVIL ACTION NO. 4:09-CV-03860 |
| VS. | § § | |
| GC SERVICES, LP, <br> Defendant | § § | Jury Trial |

## STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Plaintiff, Jana Luker, and Defendant, GC Services, L.P., file this stipulation of dismissal, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

1. Jana Luker is the plaintiff. GC Services, L.P. is the defendant.

2. On or about December 1, 2009, Plaintiff sued Defendant.

3. Plaintiff moves to dismiss the suit as to all parties.

4. Defendant, who has answered, agrees to the dismissal.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

8. This dismissal is with prejudice.

Respectfully Submitted:

**WEISBERG & MEYERS, LLC**

By: //s// Marshall Meyers
MARSHALL MEYERS, PRO HAC VICE
Arizona Bar No. 020584
5025 North Central Avenue, #602,
Phoenix, Arizona 85012
Tel. (888) 595-9111ext 111
mmeyers@attorneysforconsumers.com
**COUNSEL FOR**
**PLAINTIFF JANA LUKER**


**SPROTT RIGBY NEWSOM**
**& LUNCEFORD, PC**

By: //s// Kandy E. Messenger
KANDY E. MESSENGER
State Bar No. 24053360
Fed. ID. 638777
2211 Norfolk Suite 1150
Houston, Texas 77098
Tel: (713) 523-8338
Fax: (713) 523-9422
Cell: (281) 830-0402
messenger@sprottrigby.com
**COUNSEL FOR**
**DEFENDANT GC SERVICES, LP**

## CERTIFICATE OF SERVICE

On July 1, 2011, I filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Southern District of Texas, Houston Division via the ECF System. Counsel for Defendant was served also by the ECF System.

Kandy E. Messenger
Sprott Rigby Newsome Robbins & Lunceford PC
2211 Norfolk Suite 1150
Houston, Texas 77098
Tel: (713) 523-8338
Fax: (713) 523-9422
Attorney for Defendant

/s/ *Marshall Meyers*
Marshall Meyers