# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JANA LUKER, § | | **CIVIL ACTION** |
| Plaintiff § | | |
| § | | |
| vs. § | | **No.** 4:09-cv-03860 |
| § | | |
| GC SERVICES, LP § | | |
| § | | **JURY** |
| Defendant § | | |

## ORDER ON MOTION TO DISMISS WITH PREJUDICE

The court, having considered the parties Joint Motion to Dismiss, GRANTS the Motion and the suit is dismissed with prejudice.

SO ORDERED.

Dated _____, 2010.

_____
UNITED STATES DISTRICT JUDGE