UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANA LUKER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-09-3860 |
| | § | |
| GC SERVICES, LP, | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

The stipulation of dismissal of action with prejudice pursuant to Rule 41(a) (Dkt. 78) is GRANTED.  It is therefore ORDERED that this suit is DISMISSED with prejudice as to all parties.

The conditional order of dismissal (Dkt. 76) entered May 10, 2011 is VACATED.

Signed at Houston, Texas on June 28, 2011.

_____
Gray H. Miller
United States District Judge